IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLOS AGUERO VENEGAS | CIVIL ACTION |
| v. | No. 26-1870 |
| BRIAN MCSHANE, *et al*. | |

## ORDER

**AND NOW**, this 23rd day of March, 2026, upon a petition by Carlos Aguero Venegas for a writ of habeas corpus, it is hereby **ORDERED** that respondents shall show cause by **March 26, 2026** why the writ should not be granted and relief ordered.

BY THE COURT:

s/ Catherine Henry
**CATHERINE HENRY, J.**