IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CARLOS AGUERO VENEGAS** | **CIVIL ACTION** |
| **v.** | **No. 26-1870** |
| **BRIAN MCSHANE,** *et al.* | |

## ORDER

**AND NOW**, this 25th day of March, 2026, upon consideration of the petition for a writ of habeas corpus, and the response thereto, it is hereby **ORDERED**:

1.  The petition (ECF 1) is **GRANTED** for the reasons in the accompanying memorandum.

2.  Respondents shall **IMMEDIATELY RELEASE** Aguero Venegas from custody and certify compliance with this Order by a filing on the docket on March 26, 2026, regarding Aguero Venegas's custody status. Respondents shall return to Aguero Venegas immediately upon his release all personal belongings confiscated upon or during his detention, including his identification documents.

3.  Respondents are **ENJOINED** for a period of seven days following Aguero Venegas's release from custody pursuant to this order from detaining Aguero Venegas based on the same putative legal bases for his present arrest and detention, which is to say under 8 U.S.C. §§ 1225 or 1226.[1]

---

[1] Aguero Venegas is not subject to mandatory detention under 8 U.S.C. § 1225. If Aguero Venegas is not released from custody because he is otherwise detained, for instance on a criminal or civil commitment, then the seven-day period begins on the date of the lifting of detainers related to his immigration detention under §§ 1225 and 1226.

4.   If the government seeks to detain Aguero Venegas after the period of seven days has elapsed, it must provide him with a bond hearing within 48 hours of his detention. If no bond hearing is provided within 48 hours, Aguero Venegas's remedy will recur.

5.   Petitioner may submit a motion and proposed order/judgment (or other procedural mechanism) regarding attorney fees within 60 days of this order.

**BY THE COURT**:

/s/ *Catherine Henry*

**CATHERINE HENRY, J.**